No. D–163.  IN RE DISBARMENT OF REEDY.  James Phillip
Reedy, of Pompano Beach, Fla., having requested to resign as
a member of the Bar of this Court, it is ordered that his name
be stricken from the roll of attorneys admitted to practice
before the Bar of this Court.  The rule to show cause, hereto-
fore issued on April 23, 1979 [*ante,* p. 919], is hereby
discharged.

No. 78, Orig.  CALIFORNIA *v.* ARIZONA ET AL.  It is ordered
that Honorable Roy W. Harper, Senior Judge for the United
States District Court for the Eastern and Western Districts
of Missouri, be appointed Special Master in this case with
authority to fix the time and conditions for the filing of addi-
tional pleadings and to direct subsequent proceedings, and
with authority to summon witnesses, issue subpoenas, and
take such evidence as may be introduced and such as he may
deem necessary to call for.  The Master is directed to submit
such reports as he may deem appropriate.

The Master shall be allowed his actual expenses.  The al-
lowances to him, the compensation paid to his technical, sten-
ographic and clerical assistants, the cost of printing his report,
and all other proper expenses shall be charged against and be
borne by the parties in such proportion as the Court may here-
after direct.

It is further ordered that if the position of Special Master
in this case becomes vacant during a recess of the Court, THE
CHIEF JUSTICE shall have authority to make a new designa-
tion which shall have the same effect as if originally made by
the Court.  [For earlier order herein, see 439 U. S. 812.]

No. 77–1511.  CALIFANO, SECRETARY OF HEALTH, EDUCA-
TION, AND WELFARE *v.* YAMASAKI ET AL.  C. A. 9th Cir.  [Cer-
tiorari granted, 439 U. S. 816.]  Motion for leave to substi-
tute Nancy Yamasaki in place of Evelyn Elliott, deceased, as
a party respondent, granted.